| UNITED STATES DISTRICT COURT | USDC-SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC#: |
| | DATE FILED: 12/30/19 |

ELIZABETH F. STABLER,

        Plaintiff,

v.

CONGREGATION EMANU-EL OF THE CITY OF NEW YORK, JOSHUA DAVIDSON, *individually and in his official capacity*, CARA GLICKMAN, *individually and in her official capacity*, JOHN HARRISON STREICKER, *individually and in his official capacity*, LAWRENCE HOFFMAN, *individually and in his official capacity*, JOHN AND JANE DOES 1-10, *individually and in their official capacities*, and XYZ CORP. 1-10,

        Defendants.

No. 16-CV-9601 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 17, 2019, after it was reported that this case had been settled in principle, the Court filed a 30-day order, discontinuing the action without costs. *See* Dkt. 64. The Court permitted the parties to reopen the case upon application if made within 30 days of that order. The parties subsequently filed four letters requesting to adjourn the deadline to restore the case to the Court's docket, explaining that they needed additional time to finalize the settlement. *See* Dkt. 65, 67, 69, 71. On October 30, the Court granted the parties' fourth extension request, giving them until November 12 to make an application to restore the case to the Court's docket. In that order, the Court stated that "[n]o further extensions will be granted absent good cause." Dkt. 72.

To date, however, the parties have not filed any notice that they have executed the settlement agreement or a stipulation of dismissal. No later than January 7, 2020, the parties shall file an update as to whether they have finalized and executed the settlement papers. If they fail to do so, the Court may dismiss the action for failure to prosecute.

SO ORDERED.

Dated: December 30, 2019
New York, New York

Ronnie Abrams
United States District Judge